UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDEN KUSS, | CASE NO. C12-1187-RAJ |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| EARL WRIGHT, et al., | |
| Defendants. | |

The court has reviewed the Report and Recommendation ("R&R," Dkt. # 15) of Mary Alice Theiler, United States Magistrate Judge. Plaintiff neither opposed the motion to dismiss that led to the R&R nor objected to the R&R. The court agrees with the R&R's recommendation that the court dismiss this case without prejudice for failure to exhaust administrative remedies.

The court GRANTS Defendants' motion to dismiss (Dkt. # 13), ADOPTS the R&R (Dkt. # 15), and directs the clerk to TERMINATE this civil action and ensure that Judge Theiler receives notice of this order.

DATED this 16th day of January, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER